1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:25-cv-00127-WBS-CSK
        IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:25-cv-00128-WBS-CSK

13                                              No. 2:25-cv-00129-WBS-CSK

14                                              No. 2:25-cv-00148-WBS-CSK

15                                              No. 2:25-cv-00149-WBS-CSK

16                                              No. 2:25-cv-00151-WBS-CSK

17                                              No. 2:25-cv-00184-WBS-CSK

18                                              No. 2:25-cv-00185-WBS-CSK

19                                              No. 2:25-cv-00187-WBS-CSK

20

21                                              **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

                                                1

1    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2    the Court to open a new case for each attempted new pleading and assign it to the Court for

3    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

4    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

5          The Court has reviewed the complaints/petitions filed in the above-captioned cases and

6    finds they are related to Plaintiff's Alameda County criminal conviction.

7          Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00127, 2:25-cv-00128, 2:25-cv-

8    00129, 2:25-cv-00148, 2:25-cv-00149, 2:25-cv-00151, 2:25-cv-00184, 2:25-cv-00185 and 2:25-

9    cv-00187 are DISMISSED; the Clerk of the Court is directed to close these cases.  No further

10   filings will be accepted.

11   Dated:  January 23, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2